**Order entered March 5, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00190-CV

## CHRIS CARTER AND KAREN PIERONI, Appellants

## V.

## DALLAS CITY PLAN COMMISSION AND CITY OF DALLAS, Appellees

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-07054**

## ORDER

Before the Court is appellants' March 4, 2020 motion for an extension of time to file their notice of appeal. We **GRANT** the motion. The notice of appeal filed on February 10, 2020 is deemed timely for jurisdictional purposes.

/s/     BILL WHITEHILL
JUSTICE